```
1   MICHAEL STEPANIAN
    Attorney at Law (CSBN 033712)
2   819 Eddy Street
    San Francisco, CA 94109
3   Telephone: (415) 771-6174
    Facismile:  (415) 474-3748
4
    Attorney for Defendant
5   DENNIS ALEXIO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  03-cr-0169-JCS |
| Plaintiff, | |
| vs. | |
| DENNIS ALEXIO, | **STIPULATION TO CONTINUE SENTENCING** |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, counsel for defendant DENNIS ALEXIO, and Timothy J Lucey, Assistant United States Attorney, that the sentencing hearing presently set for Friday, February 9, 2007, at 10:30 am, **before the Honorable Joseph C Spero, be moved to Friday, February 2, 2007, at 10:30 am.**

Mr Stepanian will be traveling out of the country on February 9, 2007.

////

///

///

///

STIPULATION TO CONTINUE SENTENCING ALEXIO CR-03-0169-JCS

1
2   Date:  December 5, 2006                /s/ Michael Stepanian
3                                          MICHAEL STEPANIAN
                                           Counsel for defendant
4                                          DENNIS ALEXIO
5
6   Date:  December 11, 2006               /s/ Timothy J Lucey
                                           TIMOTHY J LUCEY
7                                          Assistant United States Attorney
8
9   SO ORDERED:
10
11  Dated: December 13, 2006
12                                         JOSEPH C. SPERO
                                           United States Magistrate Judge
13

STIPULATION TO CONTINUE SENTENCING ALEXIO CR-03-0169-JCS                    2