UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>DENNIS ALEXIO,<br><br>    Defendant(s).<br>_____/ | Case No. CR03-00169 JCS<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR CONTINUANCE [Docket No. 174] AND ORDER TO APPEAR, IN PERSON, FOR JUDGMENT AND SENTENCING ON FEBRUARY 2, 2007 AT 10:30 A.M.** |

On December 15, 2006, Dennis Alexio submitted to the Court a Mandatory Judicial Notice and Demand for Settlement and Closure of Case #03-0169 JCS and Notice of Contempt of Court and Notice of Federal Tax Matter by Dennis Alexio (the "Notice"). Attached to the Notice was a document from Dr. Thomas S. Kosasa which stated that Dennis Alexio could not travel to San Francisco until May 2007 (the Court has constructed this as Dennis Alexio's Request for A Continuance).

IT IS HEREBY ORDERED THAT Defendant's Request for a Continuance is DENIED. Defendant must appear, **in person,** for the Judgement and Sentencing hearing on **Friday, February 2, 2007, at 10:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

IT IS SO ORDERED.

Dated: January 8, 2007

_____
Joseph C. Spero
United States Magistrate Judge