UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>DENNIS ALEXIO,<br><br>　　　　Defendant(s).<br>_____/ | Case No.  CR-03-00169 JCS<br><br>**ORDER TO APPEAR, IN PERSON, FOR JUDGMENT AND SENTENCING ON APRIL 27, 2007, AT 10:30 A.M.** |

　　　On February 2, 2007, at 10:30 a.m., this matter came on for Judgment and Sentencing and oral argument on the Government's Motion to Withdraw from the Plea Agreement. Tim Lucey, counsel for the United States, was present. Michael Stepanian, counsel for Defendant, was present. Dennis Alexio, Defendant, was not present.

　　　IT IS HEREBY ORDERED THAT Defendant Dennis Alexio must appear, **in person,** for the Judgement and Sentencing hearing on **Friday, April 27, 2007, at 10:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Dennis Alexio fails to appear on that date, the Court will issue a warrant for his arrest. The Government's Motion to Withdraw from the Plea Agreement and Defendant's Oral Motion to Enforce the Plea Agreement, Enter Judgment, and Dismiss Any Remaining Counts will also be heard on April 27, 2007.

　　　IT IS SO ORDERED.

Dated: February 5, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge