United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DENNIS ALEXIO,<br><br>Defendant(s).<br>_____/ | Case No.  CR-03-00169 CRB (JCS)<br><br>**ORDER TO APPEAR, IN PERSON, FOR INITIAL APPEARANCE AND TRIAL SETTING BEFORE JUDGE CHARLES BREYER ON MAY 16, 2007 AT 2:15 PM** |

On April 27, 2007, at 10:30 a.m., this matter came on for Judgment and Sentencing, oral argument on the Government's Motion to Withdraw from the Plea Agreement, and Defendant's Cross-Motion to Enforce Plea Agreement, Enter Judgment and Direct the Government to Dismiss Any Remaining Counts. Tim Lucey, counsel for the United States, was present.  Michael Stepanian, counsel for Defendant, was present. Dennis Alexio, Defendant, was not present.

IT IS HEREBY ORDERED THAT Defendant Dennis Alexio must appear, **in person,** for an Initial Appearance as to Counts 2 and 3 of the Superseding Information, and Trial Setting on **Wednesday, May 16, 2007, at 2:15 p.m.,** before Judge Charles Breyer, in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. .

IT IS SO ORDERED.

Dated:  April 30, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge